NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)**

-----------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**

*Plaintiff-Appellee*

v.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**

*Defendants-Appellants*

---

2025-1722, 2025-1723

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-md-02930-RGA, 1:19-cv-02053-RGA, Judge Richard G. Andrews.

---

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          NOVARTIS PHARMACEUTICALS CORPORATION v. MSN
                                        PHARMACEUTICALS, INC.

(2)  Each side shall bear their own costs.


                                                      FOR THE COURT



June 13, 2025                              Jarrett B. Perlow
    Date                                   Clerk of Court


**ISSUED AS A MANDATE:** June 13, 2025